

**NUMBER 13-16-00202-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**YOLANDA MARQUEZ AND TOMASA MARQUEZ,**              **Appellants,**

**v.**

**ARIANA VELA,**                                                          **Appellee.**

---

### On appeal from the County Court at Law No. 3
### of Nueces County, Texas.

---

# ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Order Per Curiam**

Appellants' retained counsel, Reynaldo Martinez Jr., has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellants, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellants are directed to notify the Court promptly if they retain new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.   In the interim, the Court expects this appeal to proceed as per the appellate rules.   Appellants are expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the
22nd day of June, 2016.